**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| **Lorrie Cole,** | ) | Civil Action No.: 6:17-cv-2250-DCC |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Michelin, North America,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Lorrie Cole ("Plaintiff"), hereby voluntarily dismisses the complaint and all claims against the Defendant in the above styled cause, with prejudice, before defendant answers or otherwise responds. For the purpose of this action only, each of the Parties shall bear their or its own attorney's fees, expenses, and court costs.

Respectfully submitted this 12th day of February, 2018.

                                                 **M. LEE DANIELS, JR., P.C.**

1200 Woodruff Road
Building A, Suite 3
Greenville, South Carolina 29607      s/ M. Lee Daniels, Jr.
(864) 242-9484                                    (Federal ID No. 413)
(864) 288-7937 facsimile
mld@wimlaw.com                            **ATTORNEYS FOR PLAINTIFF**